# IN THE SUPREME COURT OF THE STATE OF NEVADA

KATHEA SUZUKI-LATHAM, AN INDIVIDUAL,

Appellant,

vs.

JOHN ANTHONY CODI, AN INDIVIDUAL,

Respondent.

No. 80486

FILED

FEB 28 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order granting defendant's renewed motion for summary judgment and judgment in favor of defendant. Eighth Judicial District Court, Clark County; Rob Bare, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to have been prematurely filed under NRAP 4(a) because there is a pending motion to reconsider in the district court. This court may dismiss as premature a notice of appeal filed before entry of the written disposition of the last remaining timely motion listed in NRAP 4(a)(4). *See AA Primo Builders, LLC v. Washington,* 126 Nev. 578, 585, 245 P.3d 1190, 1195 (2010) (explaining when a motion for reconsideration has tolling effect

20·08075

under NRAP 4(a)(4)(C)); NRAP 4(a)(6). We conclude that this court lacks jurisdiction over this appeal and accordingly we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:    Hon. Rob Bare, District Judge
       Kathea Suzuki-Latham
       Ranalli Zaniel Fowler & Moran, LLC/Henderson
       Eighth District Court Clerk